IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

IN RE: MESH PRODUCTS LITIGATION     CASE NO. 3:09-HCD-00001

------------------------------------------------

THIS DOCUMENT RELATES TO CIVIL ACTION NO.: 3:09-cv-01181

| | |
|---|---|
| LATHA BOLEN and DANIEL BOLEN, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 3:09-CV-01181 |
| ) | |
| C. R. BARD, INC., and ) | |
| COVIDIEN INC. d/b/a SOFRADIM ) | |
| PRODUCTION, ) | |
| ) | |
| Defendants. ) | |

### COVIDIEN INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Covidien Inc. states that it is an indirect affiliate of Covidien plc, a publicly traded company.

                                                             COVIDIEN INC.

                                          By: /s/ Marc E. Williams
                                               Of Counsel

Marc E. Williams, Esquire
Melissa Foster Bird, Esquire
J. David Bolen, Esquire
**HUDDLESTON BOLEN LLP**
611 Third Avenue
P.O. Box 2185
Huntington, West Virginia, 25722-2185
(304) 529-6181
(304) 522-4312

**COUNSEL FOR DEFENDANT
COVIDIEN INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

IN RE: MESH PRODUCTS LITIGATION     CASE NO. 3:09-HCD-00001

-------------------------------------------------------

THIS DOCUMENT RELATES TO CIVIL ACTION NO.: 3:09-cv-01181

| | |
|---|---|
| LATHA BOLEN and DANIEL BOLEN, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> C. R. BARD, INC., and ) <br> COVIDIEN INC. d/b/a SOFRADIM ) <br> PRODUCTION, ) <br> ) <br> Defendants. ) | Civil Action No. 3:09-CV-01181 |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the within and foregoing **Covidien Inc.'s Corporate Disclosure Statement** upon the following individuals via electronic filing with the Court's CM/ECF system, on the 12th day of November 2009:

Paul T. Farrell, Jr.
Lawrence J. Tweel
Greene, Ketchum, Bailey,
Walker, Farrell & Tweel
410 11th Street
Huntington, WV 35724

J. Robert Rogers
3972 Teays Valley Road
Hurricane, WV 25526

Gary B. Blasingame
Henry G. Garrard, III
Blasingame, Burch, Garrard
& Ashley, PC
440 College Ave.
Athens, GA 30603

/s/ Marc E. Williams

{H0530748.1 }